# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PADEN EL BEY: TIFFANY,

    Plaintiff

v.

COX COMMUNICATION, et al.

    Defendants.

Case No. 2:23-cv-00391-CDS-NJK

**ORDER**

Plaintiff filed an exhibit to her application to proceed *in forma pauperis*, which is a "billing error notice," on the docket. Docket No. 4. "Local Rule 7–2 of the Local Rules of Civil Practice permits the filing of a motion, a response, and a reply. A document not allowed by Local Rule 7–2, or otherwise permitted by order of this Court, is a fugitive document and must be stricken from the record." *Reiger v. Nivens*, No. 3:12-cv-00218-MMD-VPC, 2014 WL 537613, *3 (D. Nev. 2014). Plaintiff's filing is not a motion, response, or reply. The filing also contains unredacted financial account information and, therefore, fails to comply with the requirements of Federal Rule of Civil Procedure 5.2(a)(4). *See* Docket No. 4 at 4, 8, 12-13, 17-20.

Accordingly, the Clerk's Office is **INSTRUCTED** to strike the filing at Docket No. 4 and return the documents to Plaintiff forthwith.

IT IS SO ORDERED.

Dated: March 22, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1