# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Paden El Bey: Tiffany,

        Plaintiff

v.

Cox Communications, et al.,

        Defendants

Case No. 2:23-cv-00391-CDS-NJK

**Order Adopting Magistrate Judge's Report & Recommendation and Closing Case**

[ECF No. 6]

    United States Magistrate Judge Nancy J. Koppe issued a Report and Recommendation (R&R) following plaintiff Tiffany's failure to allege any facts demonstrating a basis for subject matter jurisdiction in this court. Tiffany was advised that her failure to show cause in writing by April 21, 2023, would result in a recommendation that the action be dismissed. Order, ECF No. 3 at 1. Tiffany did not respond to the order to show cause, so Judge Koppe issued a recommendation that this case be dismissed without prejudice. R&R, ECF No. 6. Under this district's local rules, the deadline for Tiffany to object to the R&R was June 6, 2023. *See* LR IB 3-2(a) (stating that parties wishing to object to the R&R must file objections within fourteen days). As of the date of this order, Tiffany has neither objected to the R&R nor has she requested more time to do so. Accordingly, with no objection filed, I adopt Magistrate Judge Koppe's R&R in its entirety.

    "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). I nonetheless reviewed Judge Koppe's R&R and agree with her findings; the complaint is bereft of any details or allegations that would support this court's exercise of jurisdiction over the matter.

1  IT IS THEREFORE ORDERED that the Magistrate Judge Koppe's Report and
2 Recommendation **[ECF No. 6] is ADOPTED** in its entirety. This case is dismissed without
3 prejudice. The Clerk of Court is instructed to enter judgment accordingly and close this case.
4  DATED: June 12, 2023

_____
Cristina D. Silva
United States District Judge